# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 04-cr-00103-RB-7

UNITED STATES OF AMERICA,

    Plaintiff,

v.

7.  GEORGE BEROS,

    Defendant.

## MINUTE ORDER[1]

    Defendant's Motion to Permit Attorney and Defendant to Participate in the Status Hearing Via the Telephone [#632], filed January 30, 2006, is GRANTED. Defendant Beros and his counsel, Mr. Paul Daiker, are permitted to participate in the status hearing, set for February 3, 2006, at 1:30 p.m., via the telephone. Counsel for Mr. Beros shall contact Judge Blackburn's chambers in order to participate in the status hearing.

Dated:  January 30, 2006

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.