IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 04-cr-00103-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

George Beros

    Defendant.

---

## MINUTE ORDER

---

| | |
|---|---|
| Pursuant to the directions of Magistrate Judge Patricia A. Coan: | Tracey Lee, Deputy Clerk<br>March 6, 2006 |

Docket [600] submission of financial affidavit and documents to determine eligibility for court appointed counsel is DENIED: no motion was submitted.