**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 04-cr-00103-RB-7

UNITED STATES OF AMERICA,

 Plaintiff,

v.

7. GEORGE BEROS,

 Defendant.

---

### MINUTE ORDER[1]

---

 Defendant's Motion to Waive the Appearance of Mr. Beros at the April 21, 2006 Status Conference [#715], filed on April 18, 2006, is GRANTED and defendant Beros' appearance is WAIVED for the further status hearing set for April 21, 2006.

Dated: April 18, 2006

-------------------------------------------------------------------------------------------------------------------

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.