**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  04-cr-00103-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

7.  GEORGE BEROS,

    Defendant.

**ORDER RESOLVING PRETRIAL MOTIONS
[#104], [#110], [201], [#229], [#239], [#383], AND [#540]**

Numerous pretrial motions have been filed by defendant, George Beros.  Among those pretrial motions are seven motions, i.e., [#104], [#110], [201], [#229], [#239], [#383], and [#540], which either have been resolved indirectly by other orders, but which show as still pending on the court's CM/ECF system, or may be resolved on the extant record without additional briefing, evidentiary hearing, or oral argument. This order is entered to resolve these seven pending pretrial motions**.**

    **THEREFORE, IT IS ORDERED** as follows:

| Dkt. No. | Motion Title | Date Filed | Action |
|---|---|---|---|
| 104 | Motion requiring government to disclose the evidence it intends to use at trial. | 5/3/04 | **Denied as moot.** Government has stated its intention to use, if necessary, all available evidence at trial. |

2

| 110 | Motion for production of interview notes of persons who will not be witnesses at trial | 5/3/04 | **Denied.** Defendant has been provided *pro tanto* the discovery to which he is entitled under Rule 16, as codified and construed, and under ***Brady, Bagley, Giglio***, and their progeny. No cognoscible discreet or specific discovery violations are alleged. Otherwise, defendant has requested discovery to which he is not legally entitled. Therefore, the motion is Denied. (*See also* order [#436] entered 5/17/05. |
|---|---|---|---|
| 201 | Motion requiring government to reveal any agreement with any prosecution witness that could conceivably influence his testimony | 9/30/04 | **Denied as moot.** Defendant has been provided *pro tanto* the discovery to which he is entitled under Rule 16, as codified and construed, and under ***Brady, Bagley, Giglio***, and their progeny. No cognoscible discreet or specific discovery violations are alleged. Otherwise, defendant has requested discovery to which he is not legally entitled. Therefore, the motion is Denied as moot. |
| 229 | Motion for disclosure of grand jury materials | 10/27/04 | **Granted in part and denied in part** commensurate with order [#252] entered 11/17/04. |
| 239 | Motion to join motion to strike surplusage from indictment | 10/27/04 | **Granted.** (Note, however, that the motion to strike was denied by order [#429] entered 5/13/05.) |
| 383 | Motion to supplement motion [#352] | 4/1/05 | **Granted.** (Note, however, that the underlying motion [#352] was denied by order [#441] entered 5/26/05.) |
| 540 | Motion to join objection to deposition of Herbert | 9/20/05 | **Granted.** (Note, however, that the objections were overruled in my order [#548] entered 9/26/05.) |

2

Dated October 11, 2006, at Denver, Colorado.

                                     **BY THE COURT:**

                                     **s/ Robert E. Blackburn**
                                     **Robert E. Blackburn**
                                     **United States District Judge**