**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 04-cr-00103-REB-07

UNITED STATES OF AMERICA,

    Plaintiff,

V.

7. GEORGE BEROS

    Defendant.

---

**STIPULATED SCHEDULING ORDER AS TO MOTIONS FOR DEFENDANT BEROS**

---

**Blackburn, J.**

    The matter is before me for entry of a further scheduling order concerning deadlines for filing motions by Defendant Beros and concomitant responses by the government. This order is entered pursuant to the **Third Supplemental Scheduling Order** [#724]. Based upon the stipulation of the parties [#944], I enter the following orders.

    **THEREFORE, IT IS ORDERED** as follows**:**

    1.    That by February 6, 2007, defendant Beros shall file any amendments to the **Motion to Suppress Statements and/or Dismiss** [#349], and by February 12, 2007, the government shall file its response, if any;

2.   That because counsel for defendant Beros has represented to the government that defendant Beros has no additional evidentiary motions, no further evidentiary motions shall be filed; and

3.   That by February 16, 2007, defendant Beros shall file any additional non-evidentiary motions, and by February 27, 2007, the government shall file its responses to any such motions.

Dated December 19, 2006, at Denver, Colorado.

      **BY THE COURT:**

      **s/ Robert E. Blackburn**
      **Robert E. Blackburn**
      **United States District Judge**